IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN RANDOLPH WATTS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 19-957 |
| | : | |
| ANDREW SAUL[1], | : | |
| Commissioner of Social Security | : | |
| Administration, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 11th day of March, 2020, following upon consideration of "Plaintiff's Brief and Statement of Issues in Support of His Request for Review" ("Pl. Br.") (Doc. 13); "Defendant's Response to Request for Review of Plaintiff" ("Def. Br.") (Doc. 14); and "Plaintiff's Reply to Defendant's Response to Request for Review of Plaintiff" ("Pl. Reply") (Doc. 16), and for reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's request for review is **GRANTED**; this matter is **REMANDED** to the Commissioner for assignment to a new ALJ for a *de novo* hearing; and the Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul became the Acting Commissioner of Social Security on June 17, 2019. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Saul should be substituted for the former Acting Commissioner, Nancy A. Berryhill, as the defendant in this action. No further action need be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).